IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSA A. ESQUIVEL,

    Plaintiff,

  v.

GMAC MORTGAGE and DOES 1-50, inclusive,

    Defendants.
_____/

No. C 08-4813 CW

ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION

    Defendant GMAC Mortgage, LLC has moved to dismiss the complaint.  Plaintiff Rosa Esquivel has not filed an opposition, although she was previously directed to do so by December 11, 2008.

    Plaintiff must file an opposition to Defendant's motion to dismiss by December 31, 2008, or the complaint will be dismissed for failure to prosecute.  The hearing scheduled for January 8, 2009 is vacated and will be rescheduled if the Court deems a hearing necessary.

    IT IS SO ORDERED.

Dated: 12/22/08

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ESQUIVEL et al,

      Plaintiff,

v.

GMAC MORTGAGE et al,

      Defendant.
_____/

Case Number: CV08-04813 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Homan Mobasser
Mitchell W. Roth
M.W. Roth, P.L.C.
13245 Riverside Drive
Suite 510
Sherman Oaks, CA 91423

Dated: December 22, 2008

          Richard W. Wieking, Clerk
          By: Sheilah Cahill, Deputy Clerk