IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSA A. ESQUIVEL,

    Plaintiff,

  v.

GMAC MORTGAGE and DOES 1-50, inclusive,

    Defendants.
                                 /

No. C 08-4813 CW

CASE MANAGEMENT ORDER

    This case has been stayed for nearly three months because of the incapacity of Plaintiff's attorney.  The Court has been advised that the attorney's law practice has ceased and the Superior Court of California has assumed jurisdiction over it.

    If Plaintiff wishes to pursue this action, she must either obtain new counsel or notify the Court that she intends to represent herself.  By June 12, 2009, Plaintiff must file either a notice of appearance by her new counsel, or a notice providing the Court with her current mailing address and phone number and stating that she intends to represent herself in this matter.  If neither document is filed by June 12, the case will be dismissed without prejudice for failure to prosecute.

    The Court will send a copy of this order by mail to the address of the property that is the subject of this action.

However, because the Court cannot be assured that Plaintiff currently resides at that location, the Court will also send a copy of this order to the State Bar of California.  The Court respectfully requests that the State Bar serve the order on Plaintiff.

    IT IS SO ORDERED.

Dated: 5/13/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ESQUIVEL et al,

        Plaintiff,

v.

GMAC MORTGAGE et al,

        Defendant.

Case Number: CV08-04813 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosa Esquivel
1160 Huron Lane
Hayward, CA  94545

State Bar of California
Office of the Chief Trial Counsel
Scott J. Drexel, Chief Trial Counsel
Patsy Cobb, Deputy Chief Trial Counsel
Alan B. Gordon, Assistant Chief Trial Counsel
Rizamari C. Sitton, Deptuy Trial Counsel
1149 South Hill Street
Los Angeles, CA  90015-2299

M.W. Roth, PLC
13245 Riverside Drive
Suite 320
Sherman Oaks,  CA 91423

Dated: May 13, 2009

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk