IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROSA A. ESQUIVEL,<br><br>      Plaintiff,<br><br>  v.<br><br>GMAC MORTGAGE and DOES 1-50, inclusive,<br><br>      Defendants.<br>_____/ | No. C 08-4813 CW<br><br>CASE MANAGEMENT ORDER |

    Plaintiff's motion for an extension of time to locate new counsel is granted.  By July 16, 2009, Plaintiff must file either a notice of appearance by her new counsel, or a notice providing the Court with her current mailing address and phone number and stating that she intends to represent herself in this matter.  If neither document is filed by July 16, the case will be dismissed without prejudice for failure to prosecute.

    IT IS SO ORDERED.

Dated: 6/18/09

                                     CLAUDIA WILKEN
                                     United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ESQUIVEL et al,

        Plaintiff,

v.

GMAC MORTGAGE et al,

        Defendant.

Case Number: CV08-04813 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosa A. Esquivel
1160 Huron Lane
Hayward, CA 94545

Dated: June 18, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk